IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-CV-101

| | |
|---|---|
| ASHLEY VANDERBURG, as personal representative of the Estate of Michael Vanderburg, and on behalf of her minor children, Abigail Vanderburg, Elijah Vanderburg, Annabelle Vanderburg, Plaintiff, v. BLAZIN WINGS, INC., Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Leslie A. Gelhar,** filed July 10, 2018 [doc. # 3].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms Gelhar is admitted to appear before this court *pro hac vice* on behalf of Defendant, Blazin Wings, Inc..

**IT IS SO ORDERED.**          Signed: July 16, 2018

Graham C. Mullen
United States District Judge