IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CARLINA
STATESVILLE DIVISION
5:18CV101

| | | |
|---|---|---|
| ASHLEY VANDERBURG, as Personal Representative of the Estate of Michael Vanderburg, and on behalf of her minor Children, Abigail Vanderburg, Elijah Vanderburg, Annabelle Vanderburg, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| BLAZIN WINGS, INC., | ) ) | |
| Defendant. | ) ) | |

This matter is before the Court upon the Consent Motion to Seal (Doc. No. 8) filed by the Parties.

When a party makes a request to seal judicial records, the Court must (1) give the public notice and a reasonable opportunity to challenge the request to seal; (2) "consider less drastic alternatives to sealing;" and (3) if it decides to seal, make specific findings and state the reasons for its decision to seal rather than choosing other alternatives. *Virginia Dep't of State Police v. Washington Post*, 386 F.3d 567, 576 (4th Cir. 2004). In accordance with the law of this Circuit as well as the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to such materials, and alternatives to sealing. The public has been provided with adequate notice and an opportunity to object to the parties' motion. The parties filed their motion on November 1, 2018 and it has been accessible to the public through the Court's electronic case filing system since that time. The Court determines that no less restrictive means other than

sealing is sufficient because a public filing of such materials would reveal confidential settlement information. The Court concludes that the sealing of these documents is narrowly tailored to serve the interest of protecting the confidential information.

    IT IS THEREFORE ORDERED that the Motion to Seal is hereby GRANTED, and the following documents and materials shall be filed under seal until further Order of this Court: all filings and proceedings before this Court relating to the resolution of this matter, the terms of the resolution, any compensation or consideration for any agreement between the parties and all the related materials and filings, including any financial documentation.

Signed: November 14, 2018

*[signature]*

Graham C. Mullen
United States District Judge